**In re NOMINATION PAPERS OF Buzz ANDREZESKI as Candidate for the Pennsylvania State Senate in the 49th Senatorial District**

**Appeal of Anthony "Buzz" Andrezeski.**

Supreme Court of Pennsylvania.

Submitted on Briefs April 13, 2012.

Decided April 18, 2012.

Buzz Andrezeski, pro se.

Adam Craig Bonin, Philadelphia, for Bret Yost, appellee.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, and ORIE MELVIN, JJ.

**ORDER**

PER CURIAM.

**AND NOW,** this 18th day of April, 2012, the Order of the Commonwealth Court is **AFFIRMED** and Appellant's Petition for Extension of Time to File Brief In Support of Appeal and Petition to File Brief in Support of Appeal *Nunc Pro Tunc* is **DENIED.**